HONORABLE RICHARD JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTI MCEUEN SOUTHERLAND, individually and d/b/a DIVESEATTLE<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY (Parks Division of the Department of Natural Resources), a municipal corporation; MICHAEL DUNWIDDIE, Regional Aquatics Center Coordinator, Weyerhaeuser King County Aquatic Center.<br><br>Defendants. | NO. 2:18-cv-00497-RAJ<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF |

THIS MATTER came before this court on Aric Bomsztyk and Abigail Staggers of Barokas Martin & Tomlinson ("Movant"), Motion to Withdraw as Counsel for Plaintiff in the above-captioned matter. The Court has reviewed the files and records herein and finds good reason for the relief requested. Therefore,

IT IS HEREBY ORDERED that Movant's Motion to Withdraw as Counsel for Plaintiff is GRANTED, and Aric Bomsztyk, Abigail Staggers and the law firm of Barokas Martin & Tomlinson are hereby terminated as counsel of record in this proceeding.

DATED this 2nd day of October, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge